*State, Respondent, v. Ahmed, Petitioner*, No. 92015-0. Petition for review of a decision of the Court of Appeals, No. 71937-8-I, June 29, 2015, 188 Wn. App. 1033. *Denied* March 2, 2016.

*State, Respondent, v. Mulamba, Petitioner*, No. 92137-7. Petition for review of a decision of the Court of Appeals, No. 31314-0-III, June 9, 2015, 188 Wn. App. 1013. *Denied* March 2, 2016.

*Renata, Petitioner, v. Flagstar Bank, FSB, et al., Respondents*, No. 92143-1. Petition for review of a decision of the Court of Appeals, No. 71402-3-I, July 27, 2015, 189 Wn. App. 1004. *Denied* March 2, 2016.

*Morgan et al., Petitioners, v. Adams et al., Respondents*, No. 92223-3. Petition for review of a decision of the Court of Appeals, No. 32609-8-III, July 30, 2015, 189 Wn. App. 1016. *Denied* March 2, 2016.

*State, Respondent, v. Jerez-Sosa, Petitioner*, No. 92239-0. Petition for review of a decision of the Court of Appeals, No. 71823-1-I, August 10, 2015, 189 Wn. App. 1025. *Denied* March 2, 2016.

*Baker, Petitioner, v. Emp't Sec. Dep't, Respondent*, No. 92255-1. Petition for review of a decision of the Court of Appeals, No. 71991-2-I, July 13, 2015, 188 Wn. App. 1049. *Denied* March 2, 2016.

*Gibbons, Petitioner, v. Boeing Co. et al., Respondents*, No. 92270-5. Petition for review of a decision of the Court of Appeals, No. 72335-9-I, August 17, 2015, 189 Wn. App. 1035. *Denied* March 2, 2016.

*State, Respondent, v. Nord, Petitioner*, No. 92271-3. Petition for review of a decision of the Court of Appeals, No. 70904-6-I, June 29, 2015, 188 Wn. App. 1032. *Denied* March 2, 2016.